**No. 59217.**—Air Clearance Ass'n, Inc. *v.* United States, protest 228291–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise reported by the inspector as not landed, not found, was not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the merchandise which was reported by the inspector as not landed, not found.   The protest was sustained to this extent.

JULY 1, 1955

**No. 59218.**—SUIT 4800.—United States *v.* Esso Standard Oil Company.—
—C. D. 1562 reversed March 22, 1955.   C. A. D. 587.

**No. 59219.**—SUIT 4845.—United States *v.* C. J. Tower & Sons.—
—C. D. 1678.   (Appeal dismissed May 4, 1955.)

**No. 59220.**—SUIT 4806.—United States *v.* Nelson Bead Co.—
—A. R. D. 36 affirmed April 28, 1955.   C. A. D. 590.

BEFORE THE FIRST DIVISION, JULY 14, 1955

**No. 59221.**—S. S. Kresge Co. *v.* United States, protests 79803–K and 79804–K (Baltimore).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that certain items of the merchandise marked "P" consist of figures or articles, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, the claim at 25 percent under paragraph 1403 was sustained.   Other items marked "B," stipulated to consist of articles, composed wholly or in chief value of wood, the same in all material respects (except the component material of chief value) as the merchandise involved in said Abstract 56975, were held dutiable at 33⅓ percent under paragraph 412, as claimed.